In the Matter of DORENE V., Appellant, v COMMISSIONER OF ONTARIO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent, et al., Respondent. [852 NYS2d 922]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.